UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**HYPER ICE, INC. and**
**HYPERICE IP SUBCO, LLC**

      Plaintiffs,

v.

**FKA DISTRIBUTING CO., LLC,**
**dba HOMEDICS,**

      Defendant.

Case No. 2:24-cv-10115-TGB-KGA

Hon. Terrence G. Berg
Magistrate Kimberly G. Altman

## Statement of Disclosure of Corporate Affiliations and Financial Interest

Pursuant to E.D. Mich. LR 83.4, FKA Distributing Co., LLC makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly-owned corporation?

    YES _____   NO __X__

2. Is there a publicly-owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    YES _____   NO __X__

Dated: March 15, 2024

**BROOKS KUSHMAN P.C.**

/s/ Mark A. Cantor
Mark A. Cantor (P32661)
150 W. Second St., Suite 400N
Royal Oak, MI  48067-3846
Tel:  (248) 358-4400 / Fax:  (248) 358-3351
Email:  mcantor@brookskushman.com
*Attorneys for Defendant*